ORIGINAL

FILED

08/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0396

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0396

STATE OF MONTANA, By and through its
SECRETARY OF STATE, COREY STAPLETON,

Defendant and Appellant,

v.

MONTANA DEMOCRATIC PARTY, TAYLOR
BLOSSOM, RYAN FILZ, MADELEINE NEUMEYER,
and REBECCA WEED, individual electors,

Defendant and Appellant.

FILED

AUG 13 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Lorrie Corrette Campbell and Jill Loven have moved to intervene in this appeal. Campbell and Loven are Appellants in the related appeal, DA 20-0397. In our order of August 11, 2020, we denied consolidation of these appeals, given the different issues, but granted Campbell and Loven leave to appear as amici and, accordingly, to file briefing in this appeal, DA 20-0396, which they have now done. Campbell and Loven are signatories on petitions seeking to certify the Green Party on the ballot. They argue that intervention is necessary "because the Motion to Consolidate was denied, and proceeding in this appeal as amicus is not sufficient to protect the Intervenors' federal constitutional rights."

We acknowledge that intervention is permissible on appeal. However, the Court is here dealing with extraordinary circumstances involving two appeals, expedited briefing, and a very limited time for consideration and decision under election deadlines. While status as intervenors would normally grant Campbell and Loven an opportunity to file a reply brief, time does not permit additional briefing. The Court will carefully consider the arguments made by Campbell and Loven in their amicus brief. Therefore,

IT IS ORDERED the motion to intervene is DENIED.

The Clerk is directed to provide a copy hereof to counsel of record.

DATED this 13ᵗʰ day of August, 2020.

_____
Chief Justice

_____

_____

_____
Justices